# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3543

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Bobby Jack Stanley, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: June 6, 2006
Filed: June 9, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Bobby Jack Stanley pleaded guilty to distribution of methamphetamine, and was sentenced to 12 months and 1 day in prison and 3 years of supervised release. After Stanley began serving his supervised release, the probation officer petitioned to revoke supervised release alleging that Stanley had violated his release conditions. At a subsequent revocation hearing, Stanley admitted violating the conditions of his supervised release as alleged. The district court[1] revoked supervised release and imposed a new sentence of 9 months imprisonment, commenting on the Chapter 7

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

Guidelines recommended revocation range, Stanley's prior and current supervised release violations, and the leniency of the sentence that he had received for his original offense. Stanley appeals his revocation sentence.

The revocation sentence was within authorized limits, and the district court considered appropriate factors in imposing it. *See* 18 U.S.C. § 3583(e)(3). We conclude that Stanley's sentence is not unreasonable. *See United States v. Tyson*, 413 F.3d 824, 825 (8th Cir. 2005) (standard of review).

Accordingly, we affirm, and we also grant counsel's motion to withdraw.

_____